TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00677-CR

Ronald Lamb, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY

NO. 48,724, HONORABLE HOWARD S. WARNER, II, JUDGE PRESIDING

PER CURIAM

Appellant moves to dismiss this appeal. Tex. R. App. P. 42.2(a). The motion is granted. 
The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: December 11, 1997

Do Not Publish